JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELDON STRACHAN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LOS ANGELES POLICE DEPARTMENT, a Governmental Entity, WILLIAM CLARK, an Individual and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO.: CV19-01594-AB-(KKx)**<br>*Hon. Judge: Andre Birotte Jr., Ctrm 7B*<br>*Mag. Judge: Kenly Kiya Kato, Ctrm 3 or 4*<br><br>**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION** |

1

Based upon the foregoing request of Plaintiff **WELDON STRACHAN**, by and through his respective counsel of record, and Defendant **LOS ANGELES POLICE DEPARTMENT**, by and through their respective counsel of record, the Court hereby dismiss the case in its entirety.

Each party to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: October 7, 2019

_____
HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT COURT JUDGE